UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

NAPOLEON GRIER,
                Defendant.
-----------------------------------------------------------X

17 CR. 461 (RMB)

**<u>ORDER</u>**

      The initial pretrial conference previously scheduled for Tuesday, November 9, 2021 at 10:30 AM is hereby rescheduled to 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 4611

Dated: November 4, 2021
        New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.