UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                 17 CR. 461 (RMB)

  -against-

**ORDER**

NAPOLEON GRIER,
               Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, January 13, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4611

Dated: January 5, 2022
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.