**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                                17 CR. 461 (RMB)

         -against-

                                                                **ORDER**

NAPOLEON GRIER,
                              Defendant.
-----------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday,

February 24, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 4611


Dated: February 16, 2022
        New York, NY


                                        _Richard M. Berman_
                                        _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.