**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                     **ORDER**

                -against-

                                                                                S1 17 **CR.** 461 (RMB)

NAPOLEON GRIER,

                                      Defendant.
-----------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 21, 2022;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that Napoleon Grier's guilty plea is accepted;

       IT IS HEREBY FURTHER ORDERED that the sentence is scheduled for June 27, 2022 at 9:00 am. Defense sentencing submission is due June 9, 2022. Government sentencing submission is due June 16, 2022.

Dated: New York, New York
          March 29, 2022

                                                                         */s/ Richard M. Berman*
                                                     **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22