**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                         17 CR. 461 (RMB)

   -against-

                                                                         **ORDER**

NAPOLEON GRIER,
                Defendant.
-------------------------------------------------------------X

The sentencing scheduled for Monday, June 27 at 9:00 AM is hereby rescheduled to Tuesday, June 28, 2022 at 10:30 AM.

The proceeding will take place in Courtroom 17B.

Dated: April 27, 2022
        New York, NY

                                                                   _____
                                                                     RICHARD M. BERMAN
                                                                         U.S.D.J.