**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      17 CR. 461 (RMB)

  -against-

                                                      **ORDER**

NAPOLEON GRIER,
                Defendant.
------------------------------------------------------------X

The sentencing proceeding scheduled for Tuesday, June 28, 2022 at 10:30 am will be held in Courtroom 17B.

Dated: June 22, 2022
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                       U.S.D.J.