

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

  Re: ***United States* v. *Napoleon Grier*, 17 Cr. 461 (RMB)**

Dear Judge Berman:

  The Government writes, with the consent of defense counsel, to request a one-week extension of the letter addressing certain issues relevant to sentencing that the Court ordered the parties to file by July 8, 2022 during the June 28, 2022 conference. The Government is endeavoring to obtain as complete and as helpful information as possible in response to the Court's questions and respectfully requests an additional week to do.

Extension granted on consent.

SO ORDERED:
Date: 7/7/2022

Richard M. Berman, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: Justin V. Rodriguez
Assistant United States Attorney
(212) 637-291

cc: Counsel of record (by ECF)