**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    17 CR. 461 (RMB)

   -against-

**ORDER**

NAPOLEON GRIER,
                Defendant.
------------------------------------------------------------X

The continuation of the June 28, 2022 sentencing proceeding is hereby scheduled for Tuesday, August 30, 2022 at 10:30 am. The proceeding will be held in Courtroom 17B.

Dated: August 24, 2022
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.