UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                  17 CR. 461 (RMB)

 -against-

                  **ORDER**

NAPOLEON GRIER,
     Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, September 15, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 4611

Dated: September 7, 2022
   New York, NY

                   _____
                     RICHARD M. BERMAN
                       U.S.D.J.