**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                 17 CR. 461 (RMB)

   -against-

                                                               **ORDER**

NAPOLEON GRIER,
               Defendant.
------------------------------------------------------------X

The sentencing proceeding scheduled for Wednesday, November 2, 2022 at 2:30 PM will be held in Courtroom 17B.

Dated: October 27, 2022
       New York, NY

                                                            *Richard M. Berman*
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.