**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        17 CR. 461 (RMB)

   -against-

                                                        **ORDER**

NAPOLEON GRIER,
                Defendant.
------------------------------------------------------------X

The oral argument scheduled for Tuesday, December 20, 2022 at 12:00 PM will take place in Courtroom 17B.

Dated: December 14, 2022
        New York, NY

                                                          RICHARD M. BERMAN
                                                             U.S.D.J.