**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                              17 CR. 461 (RMB)

          -against-
                                                              **ORDER**

NAPOLEON GRIER,
                              Defendant.
------------------------------------------------------------X


        Attorney Jacqueline M. Arango is requested to respond to Defendant Napoleon Grier's

Motion to Withdraw Plea of Guilty on or before December 27, 2022.  Oral argument on the

application to withdraw is being held on Tuesday, December 20, 2022 at 12:00 pm in Courtroom

17B.

Dated: December 19, 2022
          New York, NY


                                                        _Richard M. Berman_

                                              _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.