**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 CR. 461 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| NAPOLEON GRIER, | : | |
| | | |
| Defendant. | : | |

-----------------------------------------------------------------x

The sentencing scheduled for Tuesday, April 4, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: March 30, 2023
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.