UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                         **ORDER**

              -against-                                                      17 **CR.** 461  (RMB)

NAPOLEON GRIER,

                                  Defendant.
------------------------------------------------------------X

For the reasons stated on the record today, the Defendant is sentenced to time served.

Dated: New York, New York
       April 4, 2023

*RMB*
_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/23