**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,         :
                                  :
               Government,        :      17 CR. 461 (RMB)
                                  :
        - against -                :      **ORDER**
                                  :
NAPOLEON GRIER,                   :
                                  :
               Defendant.         :
------------------------------------------------------------x

      The supervised release hearing scheduled for Wednesday, July 12, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: July 5, 2023
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.