**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 CR. 461 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| NAPOLEON GRIER, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, October 4, 2023 at 9:00 A.M. is hereby rescheduled to 1:30 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: August 23, 2023
    New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.