UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :       17 CR. 461 (RMB)
                                         :
    - against -                        :       **ORDER**
                                         :
NAPOLEON GRIER,                          :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 30, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 661 415 234#

Dated: November 22, 2023
       New York, NY

                                                */s/ Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**