**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Government, | : | 17 CR. 461 (RMB) |
| - against - | : | **ORDER** |
| NAPOLEON GRIER, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, March 26, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 514 726 57#

Dated: March 18, 2024
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**