UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,                         **ORDER**

              -against-                                          17 **CR.** 461 (RMB)

NAPOLEON GRIER,
                              Defendant.
-------------------------------------------------------------X

       For the reasons stated on the record on March 26, 2024, the terms of the Defendant's supervised release conditions are modified effective March 26, 2024 to include weekly therapeutic counseling by a licensed therapist. All other terms and conditions of Defendant's supervised release remain in effect. See Transcript of proceedings held on March 26, 2024.

Dated: New York, New York
       March 26, 2024

                                                        */s/ RMB*
                                         **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/24