**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :       17 CR. 461 (RMB)
                                         :
       - against -                     :       **ORDER**
                                         :
NAPOLEON GRIER,                          :
                Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, May 30, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 251 534 183#

Dated: May 22, 2024
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                      **U.S.D.J.**