UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                    Government,             :      17 CR. 461 (RMB)
                                                   :
       - against -                               :      **ORDER**
                                                   :
NAPOLEON GRIER,                                    :
                    Defendant.              :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday May 30, 2024 at 11:00 A.M. is hereby rescheduled to Monday, June 3, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 251 534 183#

Dated: May 29, 2024
       New York, NY

                                              _____
                                                 **RICHARD M. BERMAN**
                                                       **U.S.D.J.**