UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,           :       17 CR. 461 (RMB)
                                           :
        - against -                       :       **ORDER**
                                           :
NAPOLEON GRIER,                            :
                 Defendant.            :
---------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, May 30, 2024 at 11:00 A.M. is hereby rescheduled to Monday, July 8, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 251 534 183#

Dated: June 5, 2024
       New York, NY

                                                       _____
                                                       **RICHARD M. BERMAN**
                                                            **U.S.D.J.**