UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>NAPOLEON GRIER,<br><br>                    Defendant. | 17-CR-461 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Thursday, August 8, 2024, at 11:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 142 669 317#

Video Link: hyperlinked here

Mr. Grier was sentenced on April 4, 2023 to time served (36 months) and two years of supervised release for conspiracy to commit wire fraud. Supervision commenced on April 4, 2023 and is scheduled to expire on April 3, 2025.

Grier has not incurred any violations of his conditions of supervised release. At the last hearing, Probation reported that Grier continues to attend treatment. At the upcoming hearing, the Court expects to hear an update on Grier's employment and the status of his restitution payments.

Date: August 6, 2024
New York, New York

_Richard M. Berman_
**RICHARD M. BERMAN, U.S.D.J.**