UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,          :     17 CR. 461 (RMB)
                                                   :
              - against -                          :     **ORDER**
                                                   :
NAPOLEON GRIER,                                    :
                                                   :
                              Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 5, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 423 852 2#

Dated: August 28, 2024
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.