**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,      :      17 CR. 461 (RMB)
                                             :
     - against -                            :      **ORDER**
                                             :
                                             :
NAPOLEON GRIER,                              :
                                             :
                Defendant(s).    :
-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 18, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 10, 2024
       New York, NY

                                        _____
                                           RICHARD M. BERMAN
                                               U.S.D.J.