

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

> The hearing will proceed as scheduled, but held remotely.
>
> SO ORDERED:
> Date: 09/17/2024        *Richard M. Berman*
>                         Richard M. Berman, U.S.D.J.

BY ECF:
Hon. Richard Berman
United States District Court
Daniel Patrick Moynihan U.S. Courth[...]
500 Pearl Street
New York, NY 10007

Re:    *USA v. Napoleon G[...]*

Your Honor:

I am writing on behalf of my client, Napoleon Grier. Wednesday, September 18, 2024 at 10 a.m. Mr. Napoleon Grier's case is scheduled before Your Honor for a post release supervision update.

The defendant is being treated for a serious breathing issue as alluded to in my previous correspondence. He must take several medications and be connected to a breathing machine (Nebulizer) four times per day. He has a persistent cough. In abundance of caution for the health of others, I think it prudent to have Mr. Grier appear virtually. Lastly, I ask that defense counsel also be permitted to appear virtually as well as this matter would be the only reason to commute to Manhattan from my home State of New Jersey.

Thank you for the Court's consideration.

Respectfully

*M. Myers*
Matthew D. Myers

N ◆ Y ◆ C