UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                           Government,   :   17 CR. 461 (RMB)
                                                   :
          - against -                              :   **ORDER**
                                                   :
NAPOLEON GRIER,                                    :
                                                   :
                           Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 5, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 188 357 922#

Dated: November 20, 2024
       New York, NY

                                                      _____
                                                      **RICHARD M. BERMAN**
                                                           **U.S.D.J.**