UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -against- <br><br> NAPOLEON GRIER, <br><br> Defendant. | 17-CR-461 (RMB) <br><br> **ORDER** |

The Court requests the presence (by Microsoft Teams) of Cindy Rosario at the Court's next hearing in the supervised release of Napoleon Grier. It is very common practice for our supervised release hearings to have the therapist attend whenever feasible.

The next hearing is scheduled for December 5, 2024 at 12 PM, and we would be delighted if Ms. Rosario can attend.

Dial-in Number: (646) 453-4442

Conference ID: 188 357 922#

Video Link: hyperlinked here

Date: November 27, 2024
New York, New York

_____
RICHARD M. BERMAN, U.S.D.J.