UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                          Government,    :      17 CR. 461 (RMB)
                                         :
           - against -                   :      **ORDER**
                                         :
NAPOLEON GRIER,                          :
                                         :
                          Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 19, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 188 357 922#

Dated: December 11, 2024
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**