**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                17 CR. 461 (RMB)

      - against -                    **ORDER**

NAPOLEON GRIER,

                Defendant.
-------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, March 11, 2025 at 9:00 A.M. will take place in Courtroom 17B.


Dated: March 5, 2025
        New York, NY

                                              _/s/ Richard M. Berman_
                                              RICHARD M. BERMAN
                                                  U.S.D.J.