**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,   :   17 CR. 461 (RMB)
                                          :
   - against -                           :   **ORDER**
                                          :
                                          :
NAPOLEON GRIER,                           :
                                          :
                Defendant.   :
-------------------------------------------------------------x

      The supervised release hearing scheduled for Tuesday, May 6, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 30, 2025
      New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.