UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                       Government,     :     17 CR. 461 (RMB)
                                          :
     - against -                        :     **ORDER**
                                          :
NAPOLEON GRIER,                          :
                                          :
                       Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 26, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 471 487 358#

Dated: June 18, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                                  U.S.D.J.