**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :     17 CR. 461 (RMB)
                                           :
     - against -                         :     **ORDER**
                                           :
NAPOLEON GRIER,                            :
                                           :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 31, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 923 772 875#

Dated: July 23, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.