UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,    :      17 CR. 461 (RMB)
                                         :
      - against -                       :      **ORDER**
                                         :
NAPOLEON GRIER,                          :
                                         :
                      Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 21, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 396 821 973#

Dated: October 15, 2025
       New York, NY

                                          _____
                                          **RICHARD M. BERMAN**
                                                 **U.S.D.J.**