**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                             Government,         :        17 CR. 461 (RMB)
                                                :
            - against -                          :        **ORDER**
                                                :
                                                :
NAPOLEON GRIER,                                  :
                                                :
                             Defendant.          :
--------------------------------------------------------------x


The supervised release hearing scheduled for Tuesday, December 2, 2025 at 10:00 A.M. will take place in Courtroom 17B.


Dated: November 20, 2025
       New York, NY


_____
    RICHARD M. BERMAN
         U.S.D.J.