**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 Cr. 461 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| NAPOLEON GRIER, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------x

The supervised release hearing is scheduled for January 15, 2026 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 495 682 827#

Dated: January 8, 2026
New York, NY

*Richard M. Berman*

**RICHARD M. BERMAN**
**U.S.D.J.**