**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :

                        Government,        :        17 Cr. 461 (RMB)

       - against -                            :        **ORDER**

NAPOLEON GRIER,                                      :

                    Defendant.         :
-------------------------------------------------------------x

    The supervised release hearing is scheduled for March 4, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
      New York, NY

                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**