**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       Government,    :    17 Cr. 461 (RMB)
           :

  - against -    :    **ORDER**
           :
           :

NAPOLEON GRIER,                    :

      Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for March 4, 2026 at 9:00 A.M. is rescheduled to March 26, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 18, 2026
   New York, NY

               **RICHARD M. BERMAN**
                 **U.S.D.J.**